cal_____

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD C. MCDOUGAL, JR., ) | Civil No. 05cv0184 B (AJB) |
| Plaintiff, ) | |
| v. ) | ORDER SETTING VOLUNTARY |
| ) | SETTLEMENT CONFERENCE |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

At the request of counsel in the above entitled action, the court hereby schedules a Voluntary Settlement Conference for *December 1, 2006 at 2:30 p.m.*

IT IS SO ORDERED.

DATED:  October 13, 2006

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

K:\COMMON\BATTAGLI\CASES\2 Orders to be filed\mcdougal.order.setting vsc.o11.wpd     1     05cv0184